UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| MENES  ANKH EL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:15-cv-00391-JMS-WGH |
| | ) | |
| STATE OF INDIANA, | ) | |
| CAROL  ORBISON Executive Administrator, | ) | |
| AMY  BARBAR Executive Administrator, | ) | |
| ROBERT  ALTICE Executive Administrator, | ) | |
| MARC  ROTHENBERG Executive | ) | |
| Administrator, | ) | |
| SHEILA  CARLISLE Executive | ) | |
| Administrator, | ) | |
| STANLEY  KROH Executive Administrator, | ) | |
| ANNE  FLANNELLY Executive | ) | |
| Administrator, | ) | |
| TERRY  CURRY Prosecutor, in their | ) | |
| professional and private capacities, | ) | |
| BRIAN  MURPHY Prosecutor, in their | ) | |
| professional and private capacities, | ) | |
| DANIEL  HARRISON Prosecutor, in their | ) | |
| professional and private capacities, | ) | |
| ANDREW  WIGNAL Prosecutor, in their | ) | |
| professional and private capacities, | ) | |
| BRIAN  HOFFMEISTER Detective, in their | ) | |
| professional and private capacities, | ) | |
| | ) | |
| Defendants. | ) | |

**Entry Dismissing Action and Directing Entry of Final Judgment**

For the reasons explained in the Entries of December 1, 2015, and December 31, 2015, the

complaint is dismissed pursuant to 28 U.S.C. § 1915A for failure to state a claim upon which relief

may be granted. The plaintiff objects to this dismissal on the basis that his claims have been

misinterpreted, misconstrued and misquoted. Dkt. 8 at p. 2. He claims that the Court erred in arguing the merits of this action and concocting a defense for the defendants.

The plaintiff is mistaken. Title 28 U.S.C. § 1915 requires this Court to *sua sponte* dismiss a complaint which fails to state a claim upon which relief may be granted. In addition, just as § 1915 does not require a judge to accept fantastic or delusional factual allegations, the court is not required to accept a plaintiff's fantastical view of the state of the law. *See Neitzke v. Williams*, 490 U.S. 319, 327–28, 330 (1989); *Holland v. City of Gary*, 503 Fed. Appx. 476, 2013 WL 485272, 1 (7th Cir. 2013); *Gladney v. Pendleton Corr. Facility*, 302 F.3d 773, 774 (7th Cir. 2002). For example, the plaintiff's suggestion that the defendant judicial officers and prosecutors involved in the plaintiff's criminal case proceedings were "acting in a non-judicial and purely administrative capacity, and therefore cannot claim the immunity of the sovereign" is simply incorrect and suggests that the purpose of this action is to harass the defendants. Dkt. 8 at p. 6.

For the reasons explained in this Court's prior Entries, the plaintiff's complaint and related submissions demonstrate that no viable claim has been alleged in the complaint and no amendment to the complaint can correct these deficiencies. Accordingly, this action is dismissed. Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date: January 22, 2016

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

MENES ANKH EL
233632
PUTNAMVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1946 West U.S. Hwy 40
Greencastle, IN 46135